for the Second Circuit denied. *Messrs. Sanford H. E. Freund* and *Horace M. Gray* for petitioner. *Mr. W. H. McGrann* for respondent.

---

No. 483. CENTRAL UNION TRUST COMPANY OF NEW YORK ET AL. *v.* UNITED STATES. November 21, 1927. Petition for a writ of certiorari to the Court of Claims denied. *Messrs. John M. Perry* and *John W Drye, Jr.,* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Galloway* and *Mr. Fred K. Dyar* for the United States.

---

No. 484. CORNELL STEAMBOAT COMPANY *v.* STATE INDUSTRIAL BOARD AND IDA C. BENSON, WIDOW. November 21, 1927. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Mr. Harry H. Flemming* for petitioner. No appearance for respondents.

---

No. 485. BOSTON INSURANCE COMPANY *v.* JOHN S. SORENSON AND T. B. S. NIELSEN, COPARTNERS, ET AL. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. George W. P. Whip* for petitioner. *Messrs. Frank B. Ober* and *D. Roger Englar* for respondents.

---

No. 486. UNITED STATES *v.* W. N. HAYES ET AL. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Solicitor General Mitchell* and *Assistant Attorney General Parmenter* for the United States. *Mr. John J. Shea* for respondents.

---

No. 487. UNITED STATES *v.* CIMARRON RIVER OIL COMPANY ET AL. November 21, 1927. Petition for a writ of